478 A.2d 118

Commonwealth v. Martz, Appellant.

Submitted November 4, 1983. James R. Protasio, Assistant Public Defender, for appellant; Ellen L. Cohen, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.